891

Harold BATES, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Sept. 27, 1974.

John N. Cornett, Whitesburg, Carl McAfee and Edwin C. Gillenwater, Norton, Va., for appellant.

Ed W. Hancock, Atty. Gen., G. Edward James, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner CULLEN, Affirming.*

Anthony Zebediah SKAGGS, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Sept. 27, 1974.

Alexander T. Taft, Jr., Staff Atty., Louisville—Jefferson County Public Defender, Louisville, for appellant.

Ed W. Hancock, Atty. Gen., George Geoghegan, III, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner GARDNER, Affirming.*

James R. YOCOM, Commissioner of Labor and Custodian of Special Fund, Appellant,

v.

Nathan MAYNARD et al., Appellees.

Court of Appeals of Kentucky.

Sept. 27, 1974.

Robert D. Hawkins, Department of Labor, Arthur R. Samuel, Frankfort, for appellant.

John W. Kirk, Inez, William J. Baird, Pikeville, for appellees.

Memorandum Opinion by Justice PALMORE, Reversing.*

James HOWINGTON, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Sept. 27, 1974.

A. M. Wilhoit, William C. Ayer, Jr., Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., Carl Miller, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Chief Justice OSBORNE, Affirming.*

* Opinion ordered not to be published.